Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  JOHNATHAN M.D. SCHNELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOHNATHAN M.D. SCHNELL, | ) No. 2:14-cv-02632 DAD |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| vs. | ) MODIFY BRIEFING SCHEDULE |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Johnathan M.D. Schnell ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to September 22, 2015; and that Defendant shall have until October 22, 2015, to

1  file her opposition.  Any reply by plaintiff will continue to be due November 11,
2  2015.
3       An extension of time for plaintiff is needed in order to properly address the
4  issues within the administrative record in this matter.  Counsel sincerely apologizes
5  to the court for any inconvenience this may have had upon it or its staff.

DATE: August 14, 2015         Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                              /s/ *Steven G. Rosales*
                              BY: _____
                              Steven G. Rosales
                              Attorney for plaintiff


DATED:  August 14, 2015       BENJAMIN WAGNER
                              United States Attorney



                              */S/- Theophous H. Regans

                              _____
                              Theophous H. Regans
                              Special Assistant United States Attorney
                              Attorney for Defendant
                              [*Via email authorization]

# **<u>ORDER</u>**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: August 17, 2015

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
schnell2632.stip.eot.ord.doc