Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  JONATHAN M.D. SCHNELL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JONATHAN M.D. SCHNELL, | ) No. 2:14-cv-2632 DAD |
| Plaintiff, | ) STIPULATION AND ORDER TO ) MODIFY BRIEFING SCHEDULE |
| vs. | ) |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant | ) |

TO THE HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Jonathan M.D. Schnell ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to September 24, 2015; and that Defendant shall have until October 26, 2015, to

1 file her opposition.  Any reply by plaintiff will continue to be due November 11,
2 2015.
3     An extension of time for plaintiff is needed in order to properly address the
4 issues within the administrative record in this matter.  Counsel notes that the
5 modified briefing schedule continues to require any reply brief to be filed by the
6 same November 11, 2015 date as previously set by this Court.  Consequently, the
7 modification results in a reduction of time for Counsel to prepare any reply and does
8 not extend the time for this matter to be submitted to the Court for decision.
9 Counsel sincerely apologizes to the court for any inconvenience this may have had
10 upon it or its staff.

DATE: September 23, 2015        Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Steven G. Rosales*
                                BY: _____
                                Steven G. Rosales
                                Attorney for plaintiff

DATED:  September 23, 2015      BENJAMIN WAGNER
                                United States Attorney


                                */S/-   Donna Wade Anderson obo
                                        Theophous H. Regans

                                _____
                                Donna Wade Anderson obo Theophous H. Regans
                                Special Assistant United States Attorney
                                Attorney for Defendant
                                [*Via email authorization]

-2-

# ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: September 25, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec
schnell2632.stip.eot2.ord.doc