BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Ste. 800
    San Francisco, CA 94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN M.D. SCHNELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-cv-02632-KJN (TEMP)<br><br>STIPULATION AND ORDER FOR REMAND PURSUANT TO SENTENCE FOUR |

    IT IS HEREBY STIPULATED, by and between Jonathan M.D. Schnell and Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner or Defendant), through their respective counsel of record, that this action be remanded for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. section 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new hearing and decision. The Appeals Council will instruct the ALJ to obtain additional testimony from a vocational expert addressing the numbers of jobs existing in the national economy

-1-

that the claimant can perform.  The ALJ may take any further action necessary to complete the administrative record and issue a new decision.

      The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner and remanding for further proceedings.

Dated: December 9, 2015           */s/  Steven Rosales*
                                        (email authorization)
                                        STEVEN ROSALES
                                        Attorney for Plaintiff

Dated: DECEMBER 9, 2015       BENJAMIN B. WAGNER
                                        United States Attorney
                                        THEOPHOUS H. REAGANS

                           By:   */s/ Theophous H. Reagans*
                                  THEOPHOUS H. REAGANS
                                  Special Assistant United States Attorney
                                  Attorneys for Defendant

## **ORDER**

      Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  December 18, 2015

                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE

\schnell2632.stip.remand.ord.docx